ACCEPTED
04-15-00030-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/23/2015 3:54:37 PM
KEITH HOTTLE
CLERK

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date:11/18/2014 12:51:37 PM
Accepted By: Marylou Gaylord

_____
Deputy Clerk

NO. 333462

| | | |
|---|---|---|
| **MASSACHUSETTS INSTITUTE OF TECHNOLOGY** | § § § § § § § § § § § | **IN THE COUNTY COURT** |
| **Plaintiff,** | | |
| **V.** | | **AT LAW NO. 10** |
| **DAVID PERALTA** **Defendant.** | | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/27/2015 7:40:08 AM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

Defendant, David Peralta, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on October 16, 2014.

David Peralta desires to appeal the Final Judgment signed on October 16, 2014 in its entirety.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by David Peralta.

Respectfully submitted,

By: _____/s/_____
REGINA M. SCRIVNER-TIBBS
Texas Bar No. 17931200
Email: lawoffice.rst@gmail.com
8100 Broadway, Ste. 105
San Antonio, TX 78209
Tel. (210) 226-8910/Fax. (210) 599-6707
Attorney for Defendant
David Peralta